## WHITMAN, RECEIVER OF THE SINNISSIPPI INSURANCE COMPANY, *v.* AMMONS.

APPEAL from the Rush Circuit Court.

PETTIT, C. J.—This suit was brought to recover the amount of assessments on a premium note given for a policy in said company.

Demurrer to the complaint for want of sufficient facts, &c., sustained, and exception. This ruling is assigned for error, and presents the only question in the case. The appellee has not filed a brief or pointed out any reason why the complaint is bad, and we are not able to discover any. It is in all respects the same as that in *Whitman, Receiver, &c.,* v. *Hall*, decided at this term, *ante*, p. 422.

The judgment is reversed, at the costs of the appellee, with instructions to the court below to overrule the demurrer to the complaint, and for further proceedings.

*J. E. McDonald* and *E. M. McDonald,* for appellant.

*B. L. Smith,* for appellee.